IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLTON EARLE JENNINGS )
)
vs. )
) C.A. 02-210 ERIE
ERIE COUNTY DISTRICT ATTORNEY"S )
OFFICES, D.A. Brad Foulk, Erie )
Police Department )

NOTICE

The above entitled case is set for ___Pretrial___

on ___November 30, 2005___ at ___2:30 PM___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date: Oct. 21, 2005

Copies to: Parties of Record