IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHARLTON EARLE JENNINGS,
    Plaintiff,

                                C.A. 02-195
                                C.A. 02-196
                                C.A. 02-210

v.                             District Judge Maurice Cohill
                                Magistrate Judge Susan Paradise Baxter

OFFICER LES FETTERMAN,
OFFICER TERRY DAWLEY,
ERIE COUNTY DISTRICT
ATTORNEY'S OFFICE, et al
    Defendants.

## MOTION TO COMPEL PREVIOUS REQUESTED DISCOVERY EXHIBITS, PRIOR TO NOVEMBER 30, 2005 PRE-TRIAL HEARING

Plaintiff, Charlton Earle Jennings, as a pro se litigant in a Case Management ORDER dated October 3, 2003, which ORDERED that discovery, shall be completed by January 31, 2004.

The ORDER further ordered that a written narrative statement of the facts including a list of the exhibits to be offered into evidence at the trial of the case, and a list of the names, addresses of all witnesses and a summary of the anticipated testimony of all witnesses to be called at trial by February 16, 2004.

On January 22, 2004, Plaintiff Jennings submitted a sixty day request for Extension of time to complete the October 3, 2004, Case Management ORDER for the requested discovery, a narrative written statement of facts and/or motion for summary judgement The Court granted plaintiff sixty day extension on February 6, 2004.

As to date, Plaintiff Jennings have not received any requested Discovery exhibits from the above mentioned Defendants. The requested Discovery Exhibits consist of the following;

## I. DISCOVERY:

1. In the Court of Common Pleas: Commonwealth of Pennsylvania v. Charlton E. Jennings; No: 2046-2000 Criminal Court Transcript.

2. In the Court Of Common Pleas: All Discovery material including the following: 1. Criminal Complaint, Search Warrant Information, Complied Police Reports, Preliminary Hearing transcripts, Statement of Officer Paul McMahon, statement of Officer Les Fetterman, Statement o, Statement of Officer Terry Dawley, Statement of Inspector Strickland, Statement of Officer Triana, Statement of Detective/Sgt. Clark Peters, Statement of Detective James DeDionsio, Statement of Officer Wasielewski, and Statement of Supp. J. Skindell.

3. Complied Police Reports, criminal complaints and search warrants.

4. Selected Scene Photographs of shooting area, hospital admission photos, and photos (Mug shots taken upon admission to Erie county Prison on July 11, 2000.

5. Dept. of Safety Public Safety Bureau of Police Radio Logs transcripts (7/7/00 2:00 a.m to 8:00 a.m.), and 911 Surveillance Tapes.

6. St. Vincent Hospital Medical Records of Plaintiff Charlton Earle Jennings AKA Steven Thousand, Officer Les Fetterman, Officer Terry Dawley, Officer Jay White, and Officer Paul McMahon (regarding the July 7, 2000 shooting)..

7. PA. State Police Forensic expert witness reports: State Trooper Jack Wall, ballistic test results, Dr. Eric Vey, Forensic pathologist etc.

8. Officer Les Fetterman and Officer Terry Dawley's statements to internal affairs, and psychological evaluation results, citizen complaints, and shooting history incidents.

9. A List of all St. Vincent Hospital, Medical and Emergy Care, and Firemen personnel involved in Plaintiff Jennings medical care.

10. Erie County Prison Medical Personnel who administered medical treatment to Plaintiff Jennings on July 11th through July 23, 2004.

11. In The Court of Common Pleas: Commonwealth v. Charlton Jennings, Motion to Discharge Defendant Court transcript.

12. A copy of the Erie Police Department Critical Review Incident report AKA Administrative Report, investigation results of the July 7, 2000 shooting, involving Plaintiff Jennings and the Erie Police.

13. A copy of the Erie Police Department Policy and Procedure Manual.

14. Officer Les Fetterman's 9mm, Ruger, ser # 310-73694, clip and ammo ballistic test results.

15. The ballistic test results of the (July 7, 2000) bullet removed from plaintiff Jennings hand c/o SCI Somerset, in February 2004, and the ballistic test results on the bullets removed from Plaintiff Jennings thigh in March 2001.

In conclusion, Plaintiff Jennings is respectfully requesting assistance from the Honorable Judge Maurice Cohill in procuring the requested Discovery Exhibits from the above mentioned Defendants, et al. Plaintiff is requesting for the Discovery exhibits to be submitted to Plaintiff and the Honorable Court prior to the scheduled November 30, 2005, pre trial hearing for review and accessibility.

Respectfully submitted,

Charlton E. Jennings #ES-9735, Pro Se Litigant
SCI Somerset
1590 Walters Mill Road
Somerset, PA. 15510-0001

10-27-05
Date

## CERTIFICATE OF SERVICE

On __27th__ day of __Oct__ 2005, Plaintiff Jennings do hereby certify that the Motion To Compel Previous Discovery Exhibits from the mentioned Defendants was mailed to the following:

District Judge Maurice Cohill
Clerk Of Records Office
The United States District Court
17 South Park Row
Erie, Pa. 16501

Matthew J. McLaughlin
Assistant Solicitor for Erie County
246 West 10th street
Erie, Pa. 16501

Gerald J. Villela
Assistant City Solicitor
626 State Street
Erie, PA. 16501