IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLTON EARLE JENNINGS, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 02-195 Erie |
| ZES FETTERMAN, OFFICER,<br>in his individual capacity | ) | |
| Defendant. | ) | |
| v. | ) | Civ. No. 02-196 Erie |
| TERRY DAWLEY, OFFICER | ) | |
| Defendant. | ) | |
| v. | ) | Civ. No. 02-210 Erie |
| ERIE COUNTY DISTRICT<br>ATTORNEYS OFFICE,<br>D.A. BRAD FOULK, and<br>EX-EPD, CHIEF PAUL DEDIONISIO, | ) | |
| Defendants. | ) | |

## ORDER

The above-entitled actions were referred to United States Magistrate Judge Susan Paradise Baxter in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1), Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges. The matters have been referred back to this Court for further proceedings, and we will Order that these actions shall consolidated for trial. A Pretrial Conference in these actions is set for November 30, 2005 at 2:30 p.m.

Plaintiff has filed a Motion to Compel Previous Requested Discovery Exhibits Prior to November 30, 2005 Pre-Trial Hearing in each of the three actions. In Civil Action Nos. 02-

195 E and 02-196 E, Defendants Officers Les Fetterman and Terry Dawley have responded to Plaintiff's motions and filed Motions in Limine. Despite Plaintiff's request to have certain documents provided before the pre-trial conference, all of the issues in the above-mentioned motions are more properly be addressed at the conference.

The following Order is therefore entered.

AND NOW, to-wit, this 10th day of November, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that the Court is deferring ruling on Plaintiff's Motions to Compel Previous Requested Discovery Exhibits Prior to November 30, 2005 Pre-Trial Hearing, and Defendants' Motions in Limine

IT IS FURTHER ORDERED that Civil Action Docket Numbers 02-195 Erie, 02-196 Erie, and 02-210 Erie are hereby consolidated for trial, and all pleadings are to be filed a Civil Action No. 01-195 Erie.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Charlton Earle Jennings, pro se
      ES-9735
      SCI Somerset
      1600 Walters Mill Road
      Somerset, PA 15510-0002

      David Jonathan Long, Esq.
      626 State Street
      Erie, PA 16501

      Gerald J. Villella, Esq. (by electronic mail)

      Matthew J. McLaughlin, Esq. (by electronic mail)

2