IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|                                                    |   |                        |
|----------------------------------------------------|---|------------------------|
|                                                    | : |                        |
| CHARLTON EARLE JENNINGS                            | : |                        |
|                                                    | : |                        |
| Plaintiff                                          | : | C.A. No. 02 -210 Erie  |
|                                                    | : |                        |
| vs.                                                | : | JUDGE COHILL           |
|                                                    | : |                        |
| ERIE COUNTY DISTRICT ATTORNEY'S                    | : |                        |
| OFFICE, DISTRICT ATTORNEY BRAD FOULK               | : |                        |
| ERIE POLICE DEPARTMENT                             | : |                        |
| EX-EPD CHIEF PAUL DeDIONISIO                       | : |                        |
| Defendants                                         | : |                        |

**MOTION FOR PARTIAL SUMMARY JUDGMENT IN BEHALF
OF DEFENDANT PAUL DEDIONISIO**

AND    NOW, this 11th   day of November 2005, comes Defendant Paul
DeDionisio, by and through the Office of Erie City Solicitor, and states the following
Motion for Partial Summary Judgment:

1. The pleadings in this matter have closed, but no date has yet been set for trial.

2. The pleadings, discovery and other evidence as well as the law established by the
   dismissal of this defendant from the related case at docket No. 02-211 on June 29,
   2005 Erie compel the entry of Judgment in favor of this defendant and against the
   Plaintiff.  This defendant had no involvement in the claims of Plaintiff which
   remain viable for trial.

   WHEREFORE, Defendant Paul DeDionisio requests Summary Judgment under
   Federal Rule of Civil Procedure56, dismissing all claims of the Plaintiff against

him.

Respectfully Submitted,

OFFICE OF ERIE CITY SOLICITOR

By:s:/Gerald J. Villella, Esquire
      Gerald J. Villella, Esq.
      PA ID 32814
      626 State Street, Room 505
      Erie, PA 16501
      (814) 870-1235